# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

157831(24)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RALPH ANTHONY MARSHALL,
      Defendant-Appellant.

SC: 157831
COA: 341647
Wayne CC: 16-004206-FC

_____/

On order of the Court, the motion for reconsideration of this Court's October 30, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).

CAVANAGH, J. (*concurring*).

I concur in the denial of the motion for reconsideration of this Court's October 30, 2018 order because I agree that reconsideration of our previous order is not warranted. I write separately to note that the motion for reconsideration raised new issues that are not properly before this Court, and this denial does not prejudice the defendant's ability to raise those issues in a motion for relief from judgment pursuant to Subchapter 6.500 of the Michigan Court Rules.



a0320

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



Clerk